UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

Judge Chesler
Court Reporter: PHYLLIS T. LEWIS
7/28/2020

**Title of Case**

USA v. **CHRISTOPHER JENNINGS**

**Docket No. 20-646**

**Appearances:**

Ailyn Abin, AUSA

Daniel Halzapfel, Esq. and Stacy Biancamano, Esq., Retained

**Nature of Proceeding:**

PLEA TO INFORMATION-MISDEMEANOR

Defendant CONSENTS to proceed via ZOOM under COVID19 ORDER

Defendant sworn

Information, fld.

Defendant pled guilty to INFORMATION

Rule 11 Form, fld.

Plea Agreement, fld.

>Ordered bail set at $100,00 unsecured PR Bond continued. The following conditions are also recommended:

   1. Pretrial Services Supervision.
   2. Surrender all passports/travel documents. Do not apply for new travel documents.
   3. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
   4. Maintain or actively seek employment.

**Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest. We respectfully request Your Honor order the following:**

The defendant shall report to the USMS for processing at a date to be determined

Ordered sentence date set for 12/8/2020 AT 10:00 A.M.

s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler          40